```
DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN CARLOS HERNANDEZ-MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-0187 AWI |
| Plaintiff, | |
| v. | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER |
| JUAN CARLOS HERNANDEZ-MORENO, | Date: July 23, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Juan Carlos Hernandez-Moreno, that the hearing currently set for August 6, 2012 at 10:00 a.m., **may be advanced and rescheduled to July 23, 2012, at 10:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for sentencing on July 23, 2012.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 16, 2012 | */s/ Andrew L. Gradman*<br>ANDREW L. GRADMAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: July 16, 2012 | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JUAN CARLOS HERNANDEZ-MORENO |

**ORDER**

IT IS SO ORDERED.

Dated: July 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE